■ ERWIN DICKMAN, Individually and as an Officer, Director and Stockholder of Urbantex Fabrics, Inc., Respondent, v BURTON N. LICHTEN et al., Appellants.—Order, Supreme Court, New York County, entered on September 19, 1978, unanimously affirmed without prejudice to any motions for summary judgment after joinder of issue. (See *Rovello v Orofino Realty Co.,* 40 NY2d 633.) Respondent shall recover of appellants $75 costs and

disbursements of this appeal. No opinion. Concur—Kupferman, J. P., Birns; Sandler, Lane and Silverman, JJ.